### J. ALLEN SMITH vs. WILLIAM J. CAMPBELL, and Trustee.

Aroostook County. Decided July 8, 1916. The suit was to recover the price of fertilizer sold. The defence was payment.

The testimony of the parties was flatly contradictory. The jury found for the defendant. The burden now is on the plaintiff to show that the verdict is clearly wrong. The court is of opinion that the plaintiff has failed to sustain the burden. Motion for a new trial overruled. *Hersey & Barnes,* for plaintiff. *Fred P. Whitney, and W. R. Roix,* for defendant. *John B. Roberts,* for trustee.